UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PREPARED FOOD PHOTOS, INC.,**
*f/k/a* **ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,**

        **Plaintiff,**         Civil Action 2:24-cv-3842
                                     Judge Michael H. Watson
   v.                             Magistrate Judge Chelsey M. Vascura

**HRIDAANSH HOSPITALITY LLC,**
*d/b/a* **CASA DI PIZZA,**

        **Defendant.**

## SHOW CAUSE ORDER

Plaintiff's Complaint asserts claims against Defendant Hridaansh Hospitality LLC *d/b/a* Casa Di Pizza. When Defendant failed to timely file an answer, Plaintiff sought and obtained an entry of default from the Clerk of Court pursuant to Federal Rule of Civil Procedure 55(a) on October 3, 2024. (ECF Nos. 7–8.) However, Plaintiff has not yet filed a motion for default judgment. Pursuant to Local Civil Rule 55.1(b), Plaintiff is **ORDERED** to **SHOW CAUSE**, **WITHIN FOURTEEN (14) DAYS** of the date of this Order, why this action should not be dismissed for want of prosecution unless Plaintiff has filed a motion for default judgment in the interim. Plaintiff must support any good cause showing with sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746. Plaintiff's failure to show cause may result in dismissal of this action for failure to prosecute.

      **IT IS SO ORDERED.**

                                               /s/ *Chelsey M. Vascura*
                                               CHELSEY M. VASCURA
                                               UNITED STATES MAGISTRATE JUDGE